UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AURORA DAIRY CORP. | ) | |
| ORGANIC MILK MARKETING | ) | Case No. 4:08MD01907 ERW |
| AND SALES PRACTICES LITIGATION | ) | |

<u>This Order Relates to:</u>

| | |
|---|---|
| *Mothershead, et al. v. Aurora Organic Dairy* | Case No. 4:07CV01701 ERW |
| *Koch v. Aurora Dairy Corporation* | Case No. 4:08CV00254 ERW |
| *Fiallos v. Aurora Dairy Corporation* | Case No. 4:08CV00280 ERW |
| *Freyre, et al. v. Aurora Dairy Corporation* | Case No. 4:08CV00303 ERW |
| *Still et al. v. Aurora Dairy Corporation* | Case No. 4:08CV00305 ERW |
| *Kaye v. Aurora Dairy Corporation* | Case No. 4:08CV00371 ERW |
| *Hudspeth et al. v. Target Corporation* | Case No. 4:08CV00374 ERW |
| *Bowen v. Wal-Mart Stores, Inc.* | Case No. 4:08CV00382 ERW |
| *Cockrell v. Aurora Dairy Corporation* | Case No. 4:08CV00384 ERW |
| *Snell, et al. v. Aurora Dairy Corporation, et al.* | Case No. 4:08CV00385 ERW |
| *Tysseling-Mattiace v. Wild Oats Market, Inc.* | Case No. 4:08CV00386 ERW |
| *West et al. v. Aurora Dairy Corporation* | Case No. 4:08CV00387 ERW |

**MEMORANDUM AND ORDER**

Several of the Motions resolved in the Court's Memorandum and Order dated April 3, 2008, were also filed in the individual transferred cases listed above.

Accordingly,

**IT IS HEREBY ORDERED** that the Organic Consumers Association's Motion for Leave to File an *Amicus Curiae* Brief and Supporting Memorandum [4:07CV01701 doc. #30, 4:08CV00254 doc. #22, 4:08CV00280 doc. #15, 4:08CV00303 doc. #16, 4:08CV00305 doc. #16, 4:08CV00371 doc. #13, 4:08CV00374 doc. #12, 4:08CV00382 doc. #12, 4:08CV00384 doc. #12, 4:08CV00385 doc. #18, 4:08CV00386 doc. #13, 4:08CV00387 doc. #12] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Center for Food Safety's Motion for Leave to File an *Amicus Curiae* Brief and Supporting Memorandum [4:07CV01701 doc. #31,

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

4:08CV00254 doc. #23, 4:08CV00280 doc. #16, 4:08CV00303 doc. #17, 4:08CV00305 doc. #17, 4:08CV00371 doc. #14, 4:08CV00374 doc. #13, 4:08CV00382 doc. #13, 4:08CV00384 doc. #13, 4:08CV00385 doc. #19, 4:08CV00386 doc. #14, 4:08CV00387 doc. #13] is **GRANTED.**

Dated this 4th Day of April, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com