UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE AURORA DAIRY CORP.            )
ORGANIC MILK MARKETING              )     Case No. 4:08MD01907 ERW
AND SALES PRACTICES LITIGATION      )

<u>This Order Relates to:</u>

| | |
|---|---|
| *Mothershead, et al. v. Aurora Organic Dairy* | Case No. 4:07CV01701 ERW |
| *Koch v. Aurora Dairy Corporation* | Case No. 4:08CV00254 ERW |
| *Fiallos v. Aurora Dairy Corporation* | Case No. 4:08CV00280 ERW |
| *Freyre, et al. v. Aurora Dairy Corporation* | Case No. 4:08CV00303 ERW |
| *Still et al. v. Aurora Dairy Corporation* | Case No. 4:08CV00305 ERW |
| *Kaye v. Aurora Dairy Corporation* | Case No. 4:08CV00371 ERW |
| *Hudspeth et al. v. Target Corporation* | Case No. 4:08CV00374 ERW |
| *Bowen v. Wal-Mart Stores, Inc.* | Case No. 4:08CV00382 ERW |
| *Cockrell v. Aurora Dairy Corporation* | Case No. 4:08CV00384 ERW |
| *Snell, et al. v. Aurora Dairy Corporation, et al.* | Case No. 4:08CV00385 ERW |
| *Tysseling-Mattiace v. Wild Oats Market, Inc.* | Case No. 4:08CV00386 ERW |
| *West et al. v. Aurora Dairy Corporation* | Case No. 4:08CV00387 ERW |
| *Hesse v. Costco Wholesale Corporation, et al.* | Case No. 4:08CV00391 ERW |
| *White, et al. v. Aurora Dairy Corporation* | Case No. 4:08CV00444 ERW |
| *Cowan v. Aurora Dairy Corporation, et al.* | Case No. 4:08CV00466 ERW |
| *DiSimone v. Aurora Dairy Corporation, et al.* | Case No. 4:08CV00526 ERW |
| *Gallardo v. Aurora Dairy Corporation* | Case No. 4:08CV01460 ERW |
| *Riley v. Safeway, Inc.* | Case No. 4:08CV01462 ERW |
| *King v. Safeway, Inc.* | Case No. 4:08CV01464 ERW |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss of Aurora Dairy Corporation [doc. #98], the Motion to Dismiss of the Retailer Defendants [doc. #102] the Motion to Dismiss of Defendant QAI, Inc. [doc. #104] are **GRANTED.** Plaintiffs claims against all Defendants are **DISMISSED WITH PREJUDICE.**

Dated this <u>3rd</u> Day of <u>June</u>, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE